AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two Apple I-Phones, Bearing IMEI 354449064384481 and Model Number: A1549; IMEI 359215077656220 and Model Number: A1784 and, A Samsung Cell Phone, Bearing IMEI 353920063202354 and Serial Number: R58G41TGFDG | Case: 1:16-mj-00821<br>Assigned To : Magistrate Judge G. Michael Harvey<br>Assign. Date : 12/08/2016<br>Description: Search and Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of the Application for a Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before     12/22/16     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ G. Michael Harvey
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     DEC -8 2016
                          10:45AM                     *Judge's signature*

City and state:     Washington, DC                    G. Michael Harvey, United States Magistrate Judge
                                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: TA-WF-2100102 | Date and time warrant executed: 12/14/2016 | Copy of warrant and inventory left with: WFO CART |
| Inventory made in the presence of : SA Michael Brown | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1. An apple iphone, IMEI: 359215077656220, Model Number: A1784

2. An apple iphone, IMEI: 354449064384481, Model Number: A1549

3. A Samsung Cell Phone, IMEI: 353920663202354, Serial Number: R58G41TGFDG

**FILED**
DEC 15 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/14/2016

*Executing officer's signature*

Kimberly Richardson, FBI Special Agent
*Printed name and title*

## ATTACHMENT A

**DEVICES TO BE SEARCHED:**

a. **An Apple I-Phone,**

   **IMEI: 359215077656220,**
   **Model Number: A1784**

b. **An Apple I-Phone,**
   **IMEI: 354449064384481,**
   **Model Number: A1549**

c. **A Samsung Cell Phone,**
   **IMEI: 353920063202354,**
   **Serial Number: R58G41TGFDG**

Currently located in the custody of the Federal Bureau of Investigation, Washington Field Office located at 601 4th Street, N.W. Washington, D.C., 20535

## ATTACHMENT B

1. All records on the Devices described in Attachment A that relate to violations of 18 U.S.C. §§ 1201 and 875, including:

    a. all communications, including emails, text messages, voicemail messages, video messages, or other forms of communications related to planning and execution of kidnaping and extortion of Daumants Petrovs, including communications concerning criminal offenses related to the commission of kidnaping and extortion;

    b. any information related to the identification of participants in offenses involving kidnaping and extortion (including names, addresses, phone numbers, photographs, financial records, or any other stored electronic data establishing identifying information);

    c. any information recording scheduling, meetings, or travel from September 1, 2016, to November 9, 2016, including stored calendar data;

    d. all electronically stored records relating to cellular telephone transmission sites, call detail records with cell tower, cell sites, cell towers to which cellular telephone calls were made to and received from, including corresponding REPOL records, records relating to in-coming and out-going calls, and recorded phone history for the target telephones between the dates of September 1, 2016, and November 9, 2016.

2.   Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, unlock codes, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.